UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY DEE RUIZ, <br> Petitioner, <br> v. <br> W. Z. JENKINS, Warden, <br> Respondent. | Case No. 18-cv-05426-HSG (PR) <br><br> **JUDGMENT** |

Pursuant to the order of dismissal, a judgment of dismissal is entered against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/7/2018

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge